JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
CHRISTOPHER A. BOOKER, IDAHO STATE BAR NO. 7672
ASSISTANT UNITED STATES ATTORNEY
ROBERT B. FIRPO, CALIFORNIA STATE BAR NO. 243991
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>TIMBER ROBERTS<br><br>             Defendant. | Case No. 1:23-mj-00108-DKG-1<br>Case No. 1:23-cr-00053-DKG-1<br><br>**GOVERNMENT'S SENTENCING MEMORANDUM** |

　　　The Government recommends that the Court sentence Defendant Timber Roberts to six months imprisonment, followed by three years of probation with the condition that Defendant not camp or live on U.S. Forest Service or Bureau of Land Management lands.  Given Defendant's conduct and history of malfeasance and disrespect for the law, the Court should reject the U.S. Probation Office's recommendation of time served.  Defendant's blatant disregard for law enforcement and the rule of law has been serious, and he should be subject to additional incarceration after the sentencing hearing by requiring that he serve the maximum sentence on a class B misdemeanor (i.e., six-months).

GOVERNMENT'S SENTENCING MEMO - 1

## PROCEDURAL HISTORY

On February 17, 2023, the Government filed a seven-count Information against Defendant Timber Roberts.  *See U.S. v. Timber Roberts*, 1:23-cr-00053-DKG, ECF No. 1. Among other things, the Information charged Defendant with camping on BLM public lands for longer than allowed, camping on Forest Service lands for longer than allowed, and threatening or intimidating a Forest officer.  The Court arraigned Defendant on the Information on March 23, 2023.

On May 9, 2023, the Government filed an additional three-count Criminal Complaint against Defendant.  The Government also sought and obtained arrest warrants for Defendant, his brother Brooks Roberts, and his mother Judy Roberts.  *See U.S. v. Timber Roberts*, 1:23-mj-00108-DKG, ECF No. 1.  Like the Information, the Criminal Complaint charged Defendant with camping for too long on Forest Service lands and using a developed recreation site for other than recreational purposes.  The Criminal Complaint also charged Defendant with Disorderly Conduct for threatening a member of the public.  On May 19, 2023, law enforcement arrested Defendant and the other members of his family on the arrest warrants.  The Court arraigned Defendant on the Criminal Complaint on May 22, 2023.

On May 24, 2023, the Court held a detention hearing to determine whether Defendant should remain detained pending trial on the Information and Criminal Complaint.  The Court ultimately ordered Defendant detained.  *See, e.g.*, *U.S. v. Timber Roberts*, 1:23-mj-00108-DKG, ECF No. 45.  Defendant has been in custody since his arrest on May 19, 2023, and on the date of his sentencing will have accrued 165 days credit, or five months and 12 days.

On August 4, 2023, the Government filed an Amended Information in *U.S. v. Timber Roberts*, 1:23-cr-00053-DKG, ECF No. 45.  Therein the Government added an eighth count to

the original Information and charged Defendant with assault on a federal officer for conduct that occurred during Defendant's arrest.  The Court arraigned Defendant on the Amended Information on August 10, 2023.

On August 4, 2023, Defendant pled guilty to four counts pursuant to a Rule 11 Plea Agreement.  *See U.S. v. Timber Roberts*, 1:23-mj-00108-DKG, ECF No. 57 (Rule 11 Plea). Defendant pled guilty to the following:

1. Camping on BLM lands for longer than allowed in violation of 43 C.F.R. § 8365.1-2(a) (Class A Misdemeanor) [Count 1 in the Amended Information, Case No. 1:23-cr-00053-DKG]

2. Threatening, Intimidating and/or Interfering with a Forest Officer in violation of 36 C.F.R. § 261.3(a) (Class B Misdemeanor) [Count 7 in the Amended Information, Case No. 1:23-cr-00053-DKG]

3. Assault on a Federal Officer in violation of 18 U.S.C. § 111(a) (Class A Misdemeanor) [Count 8 in the Amended Information, Case No. 1:23-cr-00053-DKG]

4. Camping on Forest Service lands for longer than allowed in violation of 36 C.F.R. § 261.58(a) (Class B Misdemeanor) [Count 2 in the Criminal Complaint, Case No. 1:23-mj-00108-DKG]

The Court accepted Defendant's plea on August 10, 2023, and set the matter for sentencing on October 30, 2023.  *See U.S. v. Timber Roberts*, Case No. 1:23-cr-0053-DKG, ECF No. 47.

## **FACTUAL BACKGROUND**

### **Summary of Facts**

Defendant Timber Roberts, along with his brother Brooks Roberts and his mother Judy Roberts (hereinafter, the Roberts Family) lived illegally and continuously on Forest Service and BLM public lands for almost three years between 2020 and 2023. The family's illegal conduct and behavior, including their propensity to threaten law enforcement, threaten public land users and trash the land, created a major nuisance on the public lands that threatened the safety of

public land users and the law enforcement officers tasked with protecting and keeping the peace on the lands.  Defendant Timber Roberts played a key role in that lawless conduct.

Law enforcement repeatedly educated Timber Roberts and his family on the law and the dangers of living and overwintering on public lands.  Law enforcement also tried to connect the family with social services, and on multiple occasions, assisted the family in identifying alternative living options so that the family could live within the bounds of the law (e.g., identifying RV parks and campgrounds where the family could live).  But those efforts to work with the Roberts Family fell on deaf ears.  Defendant and his family enjoyed living off the grid, used their financial resources to enhance their ability to live comfortably and indefinitely on the public lands, and claimed "squatters rights" and ownership over the federal lands when law enforcement or members of the public complained about their conduct.  The result was simple: For almost three years the Roberts Family created large camping compounds on the public lands, outfitted them with air conditioning units, solar panel arrays, and hot tubs, and lived the "van life" to the detriment of the public lands and the other members of the public who wanted to use them.  Defendant Timber Roberts carried on in this way because he and his family believed that the law did not apply to them and that they could intimidate and threaten those that got in their way into acquiescing to their unlawful conduct.  They were mistaken.

The Roberts Family's three-year period of conduct and malfeasance led to criminal charges and their arrest on May 19, 2023.  During that arrest, Defendant Timber Roberts resisted the lawful actions of law enforcement, called for his brother Brooks to assist in his resisting conduct, and thereafter assaulted a federal officer.  Defendant's conduct on the day of arrest led to an officer-involved shooting that threatened the lives of law enforcement and his family.  He should be sentenced accordingly.

GOVERNMENT'S SENTENCING MEMO - 4

### Detailed Factual Background

*1. Roberts Family Begins Living on Forest Service lands in October 2020*

In October 2020, Defendant Timber Roberts and his family began living on Forest Service lands on the Boise National Forest near Idaho City. The family moved to the forest with their vehicles, campers, and other equipment after they left their residence in Emmett, Idaho. The family thereafter lived on Forest Service lands near Idaho City continuously for nearly one year—from October 2020 to October 2021.  They remained living on the public lands even though they knew the law required them to move every 14-days.[1]

During that time, many people complained to the Forest Service about the Roberts Family's unlawful residence on the forest, including complaints about the family's large compound, the vehicles they stored there, and the family burning trash.[2]  Yet despite being repeatedly educated by law enforcement with respect to occupancy of the public lands, Defendant and his family took the position that they had every right to live and camp on forest lands indefinitely because the laws didn't apply to them.

The Roberts Family did not move off the public lands as required by law between 2020 and 2021, and instead invested their financial resources to live more comfortably on the public lands (rather than use those funds to acquire more permanent housing).  Judy Roberts stated it succinctly on July 3, 2021, when she said "[W]e've had to spend money to be able to live off the

---

[1]     *See, e.g.* Ex. 2 (FS Body Cam Video, 12.2.20, @ 3:10 – 3:40) (where FS LEO educates family on law); Ex. 1 (FS Body Cam Video, 4.14.21, @ 7:40 – 9:45) (where FS LEO re-educates Roberts Family, and family agrees LEO is being "fair"); *see also* Ex. 7 (FS Order # 0402-00-06) (where FS sets 14-day camping limit).

[2]     *See* Ex. 1 (FS Body Cam Video, 4.14.21, @ 7:12 where Brooks Roberts admits burning trash and LEO Albright explains complaint).

public lands . . . ."[3]  And spend the Roberts Family did, including buying a snow blower, freezer, refrigerator and sump pump so that they could squat indefinitely.  *See* Ex. 3 (FS Body Cam Video, 7.3.21, @ 12:25).  The family also bought a bus[4] to improve their sleeping situation, and installed an air conditioning unit so that they could be more comfortable in that bus on hot summer evenings in the Idaho forest.  *See* Ex. 1 (FS Body Cam, 4.14.21, @ 1:45) (Where Judy Roberts admits "we bought a bus"); *see also* Photo 1 (below).  The family also acquired a generator to power their camp, as well as boat so that they could recreate on waterways nearby.

### PHOTO 1
(*See* R_21MJ619_000092)
(Roberts Family Camp near Idaho City, note air conditioning unit installed in bus window)



---

[3]     *See* Ex. 3 (FS Body Cam Video, 7.3.21, @ 12:25 – 13:20).

[4]     Brook and Timber Roberts admitted that the family bought the bus for $1,000, and agreed that the purchase made camping on the public lands easier.  *See* Ex. 1 (FS Body Cam Video, 4.14.21, @ 9:35 – 10:45).  These kinds of purchases highlight the Roberts Family's conscious decision to spend money to live more comfortably on the public lands, as opposed to utilizing those funds to secure more permanent and lawful housing.

GOVERNMENT'S SENTENCING MEMO - 6

**PHOTO 2**
(*See* R_21MJ619_000066)
(Roberts Family Camp on FS land near Idaho City, note generator and trash)



**PHOTO 3**
(*See* R_21MJ619_000103)
(Roberts Family Camp Near Idaho City, note multiple vehicles and boat)



GOVERNMENT'S SENTENCING MEMO - 7

The Roberts Family acknowledged that they were living on the public lands by choice, and at times stated that, as squatters, they obtained "squatters rights" to the federal lands because the Forest Service wasn't able to remove them quickly enough.[5]  But as the family remained on the public lands longer, the confrontations with law enforcement and the public became more hostile and aggressive.  The following bullets are examples of that kind of behavior during this period:

- During an interaction on May 12, 2021, when FS law enforcement was trying to move the Roberts Family off public land, Timber Roberts aggressively communicated with FS law enforcement, claimed that the officers were "[stalking] them" and that it needs to "stop," told an officer "I will have your badge," and called at least one officer "a prick, a fucking prick," and a "crooked fucker."

- On June 12, 2021, the Boise County Sheriff's Office received information that a member of the public and his two young sons were threatened by a man on Grimes Creek Road who was wielding a machete. Further investigation identified the suspect as Timber Roberts.

- When contacted by law enforcement at the family's illegal camp on July 3, 2021, Judy Roberts continually referred to FS LEO Albright as a "dick," a "fucking dick," and noted that his job was to be a "dick!"

2. *Government files Information to address unlawful conduct on FS lands; Roberts Family agrees to move off of public lands and pay fines to avoid trial.*

On August 10, 2021, the Government filed a four-count Information against the Roberts Family related to their unlawful conduct on Forest Service lands between 2020 and 2021.  *See United States v. Brooks Roberts, et al.,* Case No. 21-po-00201-CWD.[6]  The Information charged the family with leaving refuse, debris or litter on the public lands, camping for longer than

---

[5]     *See* Ex. 1 (FS Body Cam Video, 4.14.21, @ 8:00) (where Defendant Timber Roberts claims squatter's rights over the lands because the family had remained so long).

[6]     The Government later filed a superseding information on September 10, 2021.

GOVERNMENT'S SENTENCING MEMO - 8

permitted, and using Forest Service lands for residential purposes. The Defendants pled not guilty, and U.S. Magistrate Judge Candy Dale set the matter for bench trial on October 12, 2021.

Defendant Timber Roberts, as well as Brooks and Judy Roberts, appeared for trial as scheduled, but at the appearance all three indicated a desire to voluntarily pay fines instead of proceeding to trial.  With the acquiescence of the United States, Timber, Brooks, and Judy Roberts agreed to pay fines related to their conduct and entered into separate signed payment agreements with the United States so that they could pay those fines over time.  *See* Ex. 8 (Timber Roberts' sentence to pay fine).  The Roberts Family also agreed to vacate Forest Service lands and clean up their camp near Idaho City.

Despite agreeing to pay just $3/month to resolve his unlawful conduct, Defendant Timber Roberts defaulted on his payment.  *See id*.; *see also* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶¶ 16-18.

### 3.   *Roberts Family continues unlawful conduct, this time on BLM lands*

Despite knowing and having been educated on the rules regarding occupancy on the public lands, the Roberts Family almost immediately began unlawfully living on BLM public lands after they vacated their Forest Service camp.  Specifically, the family relocated and established a new camp compound on BLM public land off Kuna Mora Road, south of Interstate 84, and very close to the Blacks Creek public shooting range. BLM law enforcement first observed the Roberts Family at this location on December 3, 2021, and the family's camp remained there unlawfully until approximately October 20, 2022 (10 months).

As they had done on Forest Service land the preceding year, the Roberts family established a large and sprawling camp on BLM public lands.  The camp initially included multiple vehicles and trailers, including a new Chevy Silverado pickup, a new van, the same

green bus, and a motorcycle.  Later, the BLM camp compound grew to include a new 5th Wheel

trailer[7], multiple solar panel arrays, and an accompanying battery bank so that the family could

power their camp 24 hours a day.  The camp also quickly filled with trash and debris.  Concerned

that the family continued to buy more vehicles and equipment to live on the public lands, BLM

law enforcement warned the Roberts family that it should not spend more money on vehicles and

equipment and should use that money instead for housing resources.  *See* Affidavit in Support of

Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶ 23.

**Photo 4**
(*See* Roberts_00008)
(Roberts Family Camp on BLM Lands, note motorcycle, new Chevy Silverado, and same bus)



---

[7]      The new vehicles and 5th Wheel Trailer further highlight the Family's decision to invest
in living on the public lands as opposed to securing permanent housing.

**Photo 5**
(*See* Roberts_000019)
(Roberts Family Camp on BLM lands, note solar array, battery bank, and new van)



**Photo 6**
(*See* Roberts_000016)
(Roberts Family Camp on BLM lands, note BBQ station amongst trash and debris)



**Photo 7**
(*See* Roberts_000073)
(Robert Family Camp on BLM lands, note multiple solar arrays and new 5th wheel trailer)



During the period that the Roberts family lived unlawfully on BLM lands, BLM Law

Enforcement continuously interacted with family, attempted to provide them with social-

services-type assistance, and urged them to move off public land without incident.  *See, e.g.*, Ex.

9 (BLM Body Cam Video, 12.18.21, @ 4:00 – 16:00).  However, ultimately the Roberts Family

once again treated BLM Law Enforcement and the public with aggressive and unseemly

behavior.  Some of the law enforcement interactions and behavior include the following:

- On December 18, 2021, BLM law enforcement visited the Roberts camp, educated
  the family on occupancy of BLM lands, and implored the family to help themselves
  by formulating a plan to leave.  When told the family could not remain, Brooks
  Roberts stated aggressively, "You got a place where we can go . . . actually physically
  take me there?"  When BLM law enforcement highlighted alternative living options
  (like Interfaith Sanctuary in Boise), Brooks Roberts suggested it was not an option for
  them unless BLM was "willing to pay for storage" of their things.  *See* Ex. 9 (BLM
  Body Cam Video, 12.18.21, @ 4:50 – 6:05).

- During the same interaction on December 18, 2021, BLM law enforcement asked if
  the family had enough food and water, and then asked if Judy Roberts needed

medical attention for a frost bite injury she acquired while unlawfully overwintering[8] on BLM lands in the preceding two months.  Specifically, the LEO officer asked Brooks Roberts: "Does your mom need medical attention?  I know last time we talked to her she wasn't even willing to seek medical attention."  Brooks Roberts responded that they were going to wait until after the holidays to get Judy Roberts medical attention.  Sadly, the family's refusal to seek timely help for Judy Roberts resulted in Judy Roberts having both feet amputated.  *See* Ex. 9 (BLM Body Cam Video, 12.18.21, @ 12:10 – 12:40).

- On May 15, 2022, BLM law enforcement expressed concern to the family about the large amount of trash, multiple vehicles, jugs of urine, and solar panels present at the unlawful camp.  During this interaction, the Roberts Family admitted having weapons in their trailers.  *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶ 23.

- On May 22, 2022, BLM law enforcement again spoke with Brooks and Timber Roberts about resources in Boise to help people in their situation, including options involving the CATCH Program and Interfaith Sanctuary in Boise, as well as the Walmart parking lot.  BLM law enforcement also provided the family with the phone number for the Ada County Crisis Housing hotline.  Timber Roberts admitted to receiving $841 per month in government assistance.  *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶¶ 24-25.

- When BLM law enforcement tried to get commitments from the Roberts Family to move off the public lands during an interaction on June 3, 2022, Timber Roberts stated the following: "I already told them in court, I'm not going to obey these stupid fucked up laws . . . I'm sorry, I told them already in court, that's out the window (following the laws)." Timber Roberts also told BLM law enforcement that he would not "accept" any citations related to his unlawful conduct.  *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶ 26.

- On June 16, 2022, BLM law enforcement escorted two representatives from the CATCH Program to the Roberts camp to establish initial contact and hopefully provide assistance to the family.  *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶ 27.

- In August of 2022, Timber Roberts told a nearby target shooter that he (Timber) had "purchased" the land around their camp from BLM, and that the target shooter had to leave because the land was "private." None of that was true, but Timber Roberts successfully used those lies to force the target shooter out of the area for the benefit of the Roberts Family. BLM learned of the incident when the target shooter later

---

[8]      The family had been previously and repeatedly warned that they could not and should not overwinter on public lands because of snow and safety concerns.  *See, e.g.*, Ex. 1 (FS Body Cam Video, 4.14.21, @ 8:30 – 9:45) (where FS law enforcement told the family in 2021, "[t]his is not a good place to winter . . . I warned you in December what was going to happen").

reported it to BLM.  *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶ 30.

- On August 20, 2022, during an interaction with BLM law enforcement officers, BLM law enforcement told Timber Roberts that other people were permitted to use the area near the Roberts' camp because it was public land that the family did not own. Timber responded by saying that the area around their camp was "their" area and claimed that "possession was 9/10ths of the law." He continued by noting "We are possessing this land; therefore, it is ours" and said other people needed to "stay the fuck away."  *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶¶ 33-34.

- During the same interaction on August 20, 2022, BLM law enforcement told Timber Roberts that the public had a right to use the land near the camp, and Timber responded: "If they touch our stuff, they're going to get shot." After Timber explained to law enforcement his theory on why he was "allowed to kill people" if they touched the family's stuff, BLM officers told Timber he could not make such threats, and that if he continued, BLM would be forced to physically remove all of the family's stuff to get them off BLM land. Timber responded to BLM Officer Adams: "You touch my shit .. . . Boom." On further questioning, Timber Roberts denied it was a threat, but said officers could take the word "Boom" anyway they wanted.  *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶¶ 33-34.

The Roberts Family ultimately vacated their unlawful BLM camp on or about October 20, 2022.  However, in vacating the camp, the Roberts Family and Defendant Timber Roberts left behind and abandoned three vehicles[9] and significant garbage even though BLM law enforcement had explicitly warned the Family that they needed to clean their unlawful camp before leaving.  *See* Ex. 6 (BLM Incident Report of 10/26/22) (where patrol check of Roberts camp noted abandonment of "a green International school bus, a white Chevy S-10 blazer, a blue Dodge Ram Van, and significant garbage").

---

[9]      Between 2020 and October 2022, the Roberts Family abandoned no fewer than four vehicles on public lands.  That includes the three they left on BLM in 2022, and one they left on Forest Service land the year before.  *See* Ex. 3 (Body Cam Video, 7/3/21, @ 23:36) (where family admits to abandoning a truck off a forest service road).

For their conduct on BLM lands, the United States charged the Roberts Family—including Defendant Timber Roberts—with camping on BLM lands for longer than allowed, improperly disposing of garbage on BLM lands, and leaving property on BLM lands after being ordered to remove it.  *See U.S. v. Timber Roberts*, Case No. 1:23-cr-00053-DKG, ECF No. 1 (Information) (Counts 1-3), ECF No. 45 (Amended Information) (Counts 1-3).

As part of the Rule 11 plea agreement for which Timber Roberts is being sentenced, Timber Roberts pled guilty to Camping on BLM lands for longer than allowed in violation of 43 C.F.R. § 8365.1-2(a) (Class A Misdemeanor) [Count 1 in the Amended Information, Case No. 1:23-cr-00053-DKG]; *see also* Ex. 10 (BLM notice limiting camping to 14 days).

> ### 4.  *Roberts Family establishes new unlawful camp at a Forest Service developed recreation site near McCall, Idaho.*

 After the Roberts Family vacated BLM lands in October 2022, the family immediately moved to Forest Service lands where they established a third illegal camp on or about October 31, 2022. Specifically, Defendant Timber Roberts, along with his brother and mother, moved their camp (including the vehicles, 5th wheel, camper, solar panels, a motorcycle, motorcycle trailer and other equipment) to the West Face Trailhead parking lot, a developed recreation site on Forest Service lands just outside McCall, Idaho.

Defendant Timber Roberts and his family moved to and remained camped at the West Face Trailhead parking lot in open defiance of the Forest Service rules regarding camping and living on Forest Service lands.  Moreover, the family once again set up a camp compound with multiple vehicles, trailers, and equipment that impacted a large portion of the public recreation site.  The family even acquired and installed new equipment, including a new refrigerator and a hot tub so that they could continue living comfortably off the grid.

GOVERNMENT'S SENTENCING MEMO - 15

**Photo 8**
(*See* Roberts_000342)
(Roberts Family Camp at the West Face Trailhead Recreation Site near McCall, ID)



**Photo 9**
(*See* Roberts_000374)
(Roberts Family Camp at the West Face Trailhead, note hot tub and new refrigerator)



GOVERNMENT'S SENTENCING MEMO - 16

**Photo 10**
(*See* Roberts_000415)
(Roberts Family Camp at West Face Trailhead, note Fifth Wheel and solar panels)



Interactions between the Roberts Family, law enforcement and the public while the Roberts Family was camped at the West Face Trailhead in 2022 and 2023 were contentious, as exemplified by the following:

- During an interaction involving FS and BLM law enforcement on November 17, 2022, Timber Roberts yelled, "leave me the fuck alone or somethings going to happen fast. Go away!" He later told law enforcement: "You touch our stuff and things are going to badly happen," and "Touch our shit and someone's going to go down bad." *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶ 40(a).

- During an interaction between law enforcement and the Roberts Family on December 23, 2022, Timber Roberts once again expressed anger toward BLM law enforcement, describing BLM's conduct as "treason," and noting "that's a hanging offense!" Later, Timber Roberts told FS law enforcement that BLM LEO Adams was "about to get his ass majorly hurt with booby traps." *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶ 40(b).

GOVERNMENT'S SENTENCING MEMO - 17

- During the same interaction on December 23, 2022, Timber Roberts stated: "I will not obey the 14-day [FS occupancy] limit because it is not in the constitution . . . or Declaration of Independence." *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶ 40(b).

Ultimately the Forest Service and BLM issued the Roberts Family citations related to their unlawful conduct on BLM and FS lands.  Those citations led to an initial appearance by the Roberts Family at the Federal Courthouse in Boise on January 9, 2023.  During a meeting with the U.S. Attorney's Office and law enforcement officers at that appearance, Timber Roberts and other family members continued their hostile and aggressive behavior.  The following statements[10] were made by the family during the meeting, mostly by Defendant Timber Roberts:

- "When I find out who took my money I'm going to fuck them up!"

- "You keep fucking us over!"

- "You keep sending these dicks to us!" (Pointed finger at the LEO's)

- "There will be booby traps around camp!"

- "Fuck you!"

- "They are my servants and should kiss my feet!" (Referring to the LEO's)

- "You're going to have to kill me then!"

- "Then leave us the fuck alone, or there will be retaliation!"

- "I better not see that fuck again!" (Referring to BLM Officer Brian Adams)

- "No one's going to be shoving me out of my hometown!"

- "Hands will be chopped off!"

- "You think last time was bad, this time will be worse!"

- "Expect retaliation!"

---

[10]     *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶ 42.

GOVERNMENT'S SENTENCING MEMO - 18

For his conduct on Forest Service lands between October 2022 and February 2023, the United States charged Defendant Timber Roberts with camping for too long on forest lands, using forest lands for residential purposes, unlawfully occupying a developed recreation site, and threatening, intimidating or interfering with a forest officer. *See U.S. v. Timber Roberts*, Case No. 23-cr-00053-DKG, ECF No. 1 (Information) (Counts 4-7), ECF No. 45 (Amended Information) (Counts 4-7).

As part of the Rule 11 plea agreement for which Timber Roberts is being sentenced, Timber Roberts pled guilty to Threatening, Intimidating and/or Interfering with a Forest Officer in violation of 36 C.F.R. § 261.3(a) (Class B Misdemeanor) [Count 7 in the Amended Information, Case No. 23-cr-00053-DKG].

> 5. *Unlawful Conduct continued post-arraignment and resulted in new charges against the Roberts Family, including a request for arrest warrants.*

Following Timber Roberts arraignment on the Information in Case No. 1:23-cr-00053-BLW, he and his family continued their unlawful conduct. For example, the family continued to violate the law by camping/living on USFS lands at the West Face Trailhead, in defiance of the Court's Order granting pretrial release and prohibiting unlawful activity. In addition, the family continued its aggressive behavior vis-à-vis law enforcement and the public. That behavior included the following:

- On February 23, 2023, Defendant Timber Roberts accosted a 20-year-old man who was hired to plow the West Face Trailhead parking lot, including threatening to sue the man. The man reported that he was thereafter uncomfortable plowing the lot because he was worried that Timber might "pull something out and shoot him," or that Timber would throw himself in front of the plow so he'd have something to sue him over. *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶ 47(a).

- On February 26, 2023, the Roberts Family yelled at FS LEO Lockner while she conducted a welfare check, telling her that a lawsuit is "coming for attempted murder" and referred to her as a "fucking bitch!" Timber Roberts eventually

exploded out of the trailer stating, among other things, that "the law is fucking corrupt, and you are fucking corrupt you fucking bitch." Timber Roberts continued by stating he wanted the LEOs to stop harassing him, and again referenced setting "booby traps" that would result in people getting hurt. Timber later stated, "you try to take my freedom away its treason and you will be hung for it." *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶ 47(b).

- On April 19, 2023, Timber Roberts accosted a 70-year-old man, named Randy, at the West Face Trailhead. During the interaction, Timber Roberts told the man that "he [Timber] is the fucking police […] he is a special investigator" and that the man [needed] to get the fuck out […]." The man immediately left the area to avoid any further confrontation, but noted that it was "a very intense encounter with an individual who presented himself in a very hostile, erratic, unhinged state of mind. *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶ 47(c).

- On April 23, 2023, a member of the Roberts Family conversed with an off-duty Forest Service Safety Manager, during which time the Roberts Family member "mentioned that he would 'booby-trap' his belongings if any authority attempted to forcibly remove him or any of his stuff." *See* Affidavit in Support of Criminal Complaint, Case No. 1:23-mj-00108-DKG, ECF No. 1 at ¶ 47(d).

For his conduct on Forest Service lands after arraignment on the Information filed in the first case, the United States charged Defendant Timber Roberts with disorderly conduct, camping on forest service lands for longer than allowed, and unlawfully occupying a developed recreation site. *See U.S. v. Timber Roberts*, Case No. 23-mj-00108-DKG, ECF No. 1 (Criminal Complaint).

As part of the Rule 11 plea agreement for which Defendant Timber Roberts is being sentenced, he pled guilty to Camping on Forest Service lands for longer than allowed in violation of 36 C.F.R. § 261.58(a) (Class B Misdemeanor) [Count 2 in the Criminal Complaint, Case No. 23-mj-00108-DKG]; *see also* Ex. 11 (FS Order #0412-569) (where FS set 14-camping limit on the Payette National Forest and explained why rule was important).

6. *Defendant's arrest, and additional unlawful and dangerous conduct that resulted in an officer involved shooting.*

In light of Defendant's continued unlawful conduct, including escalating threats of violence and risk to the public and law enforcement, the United States sought and obtained an arrest warrant for Defendant in conjunction with the filing of the Criminal Complaint. *See* Case No. 1:23-mj-00108-DKG, ECF No. 4. The United States similarly sought arrest warrants for Brooks Roberts and Judy Roberts. *See* Case No. 1:23-mj-00108-DKG, ECF Nos. 5-6. The Court signed arrest warrants for all three individuals on May 9, 2023.

When considering how to effectuate the safe arrest of Defendant and his family, law enforcement considered, among other things, Timber Roberts' past violent and threatening behavior, his disdain for authority and law enforcement, the propensity for him and his family to lose their cool, and the known fact that the Roberts family kept weapons in their trailers. In addition, law enforcement considered the fact that, at the time of the arrest, Timber Roberts was the most mobile member of the family, given that Brooks Roberts was paralyzed at the waist, and Judy Roberts had lost both her feet to frost bite as a result of her unlawfully living on the public lands over the winter.

In light those considerations, law enforcement decided it would be best to draw Timber Roberts—the most violent and confrontational member of the Roberts Family—out of the trailer so that he could be arrested first. Law enforcement effectuated that plan by creating a ruse whereby plain clothes officers pretended their truck had a dead battery and knocked on the door of the Roberts Family trailer to request a jump start. The idea was that Timber Roberts, who was the most ambulatory member of the family, would be likely to exit the trailer by himself to assist, at which point he could be safely arrested.

GOVERNMENT'S SENTENCING MEMO - 21

Law enforcement put the arrest plan in motion on the morning of May 19, 2023.  The plan to draw Timber Roberts out of the trailer by himself worked as expected, and when Timber exited his truck after pulling it close to the ruse vehicle, the plain clothes officers revealed their law enforcement badges[11] and informed Timber that (a) they had a warrant for his arrest, and (b) he was under arrest.  *See* Ex. 4 (Body Cam Video, 5/19/23, @ 10:48:26) (Where one of the plainclothes officer states, "Hey man, I got some, uh, I got some bad news for you man (muffled), you're under arrest").  However, after the officers announced themselves and began to take Timber into custody, Timber Roberts resisted arrest and called out to his brother for help. "Brother," Timber yelled, "Brother, help! Brooks, Brooks, help!"  *See* Ex. 4 (Body Cam Video, 5/19/23, @ 10:48:36 – 10:48:52).  It is apparent from the body cam videos that Timber knew he was resisting law enforcement, because law enforcement had announced themselves and displayed badges, and because Timber repeatedly said things like, "talk to my lawyer!" and asked, "why do you have a warrant for me?"  *See id.*

Timber Roberts' screaming and calls for his brother to help caused Brooks Roberts to exit the Roberts Family trailer quickly, whereafter Brooks used his wheelchair to move toward where Timber was being arrested, came around a truck, and immediately raised his gun at law enforcement.  *See* Ex. 4 (Body Cam Video, 5/19/23, @ 10:49:20) (where Brooks can be seen clearing the truck and immediately raising his gun in the direction of law enforcement). Approximately two seconds later law enforcement officers shout out, "he's got a gun!" after which officers fired at Brooks Roberts, hitting him several times.  *See* Ex. 4 (Body Cam Video, 5/19/23, @ 10:49:22).

---

[11]     *See* Ex. 4 (Body Cam Video @ 10:48:33) (video shows officer telling Timber he is under arrest while officer is wearing a police badge exposed on a chain around his neck).

**<u>Photo 11</u>**
(Roberts_000252)
(Video Screenshot - Brooks Roberts raises gun at law enforcement)



After law enforcement arrested Timber Roberts, they placed him in the backseat of a marked law enforcement truck to await medical attention.  When paramedics arrived, law enforcement monitored Timber while he was being treated, during and after which time Timber repeatedly cursed and yelled at law enforcement officers.  *See, e.g.,* Ex. 5 (Body Cam Video, 5/19/23, @ 10:45 – 13:45).  When paramedics finished evaluating Timber, law enforcement placed Timber back in the truck, at which time Timber asked for water.  When law enforcement assisted Timber (who was handcuffed) by giving him a sip of water, Timber spit the water back in the face of the assisting officer.  *See* Ex. 5 (Body Cam Video, 5/19/23, @ 32:06 – 32:35, and 32:45 – 33:40).

**Photo 12**
(Roberts_0000265)
(Video Screenshot - Timber Roberts spits water in the officer's face)



For his actions in spitting in the face of a law enforcement officer after his arrest, the

United States charged Defendant Timber Roberts with assault on a federal officer.  *See U.S. v.*

*Timber Roberts*, 23-cr-00053-DKG, ECF No. 45 (Amended Information, Count 8).  Timber

Roberts pled guilty to the charge as part of his Rule 11 plea agreement.

## ARGUMENT

I.      **The Court Should Sentence Defendant Timber Roberts to Six-Months**
        **Imprisonment, Followed by a Three-year period of Probation with a Condition**
        **that Defendant be Banned from Forest Service and BLM lands during the**
        **Period of Probation.**

The Government respectfully requests that the Court sentence Defendant to six-months

imprisonment under Count II of the Criminal Complaint.  This is the maximum sentence

authorized for a Class B misdemeanor offense and is appropriate based on the Defendant's

GOVERNMENT'S SENTENCING MEMO - 24

disregard for the law and the danger his actions presented to the community over the last three years. A sentence of six-months sends a strong message to Defendant that such actions will not be tolerated in the future. The Government also asks that the Court sentence Defendant to a three-year period of probation during which time he may not use public lands for the purpose of recreation, camping, or living.  The Government's recommended sentence will help protect the community while also ensuring Defendant does not again engage in similar unlawful behavior.

The Government respectfully disagrees with the U.S. Probation Office's recommendation of time served, a sentence that would result in Defendant's release on the day of sentencing. Defendant's conduct, including threats to law enforcement and the public, assault on a federal officer, and actions that led to his brother being shot warrant the full six-month sentence recommended by the Government.

By recommending a six-month sentence and three years of probation, the Government has carefully considered both the aggravating and mitigating factors as stated in the Presentence Investigation Report. Moreover, this recommendation considers the physical, emotional, and mental health challenges faced by Defendant. A sentence of six-months imprisonment, and no more, is sufficient, but not greater than necessary, to achieve the demands of justice.

Respectfully submitted this 23rd day of October, 2023.


JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:


_____*s/Robert B. Firpo*_____
ROBERT B. FIRPO
Assistant United States Attorney


GOVERNMENT'S SENTENCING MEMO - 25