# PLACEHOLDER

U.S. vs. Timber Roberts
23-mj-00108
23-cr-00053

EXHIBIT 4

Ex. 4 - FS Body Cam (5.19.23) (Shooting).mp4